September 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN RUSSELL COFFMAN, Appellant

NO. 14-13-00661-CV                    V.

CELESTE ELANE COFFMAN MELTON, Appellee

_____

This cause, an appeal from the trial court's protective order, signed, June 4, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the order. We therefore order the trial court's protective order **AFFIRMED**.

We order appellant, John Russell Coffman to pay all costs incurred in this appeal.

We further order this decision certified below for observance.